```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VALENTINO MOSQUERA,

                Plaintiff,
                                                              ORDER
        - against -                                      19-CV-853 (RRM) (RML)

NASSAU HEALTH CARE CORPORATION; NASSAU
COUNTY CORRECTIONAL CENTER;
CORRECTIONAL HEALTH SERVICES; NASSAU
COUNTY CORRECTIONAL SHERIFF
DEPARTMENT; RAYBROOK F.C.I.; DR. DONNA
HENIG; DR. MONTERO; and DR. MICHEL LONG,

                Defendants.
-------------------------------------------------------------------X
```

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

Plaintiff Valentino Mosquera filed the above-captioned *pro se* action while he was incarcerated at the Nassau County Correctional Center. (Compl. (Doc. No. 1).) By Memorandum and Order entered December 4, 2019, the Court *sua sponte* dismissed the action, with leave to file an amended complaint within 30 days. (Order (Doc. No. 10).) The Order was mailed to plaintiff at the Nassau County Correctional Center. On December 11, 2019, the December 4, 2019, Order was returned to the Court, with the postal notation "Discharged; Return to Sender." (Doc. No. 11.) The Court tried for a second time to mail the Order to plaintiff after a search in the New York State Department of Corrections and Community Supervision (DOCCS) website indicated someone by the name of Valentino Mosquera currently incarcerated at the Auburn Correction Facility. (Order, January 24, 2020.) The Court mailed the December 4, 2019, Order to Mosquera at the Auburn Correctional Facility on January 27, 2020. On February 5, 2020, the Court received a letter from the Valentino Mosquera incarcerated at Auburn Correctional Facility stating that he is not the plaintiff in this action. (Doc. No. 12.)

Plaintiff has not notified the Court that his address has changed. It is Mosquera's responsibility to notify the Court of any change of address. *See Gonzalez v. Walker*, No. 10-CV-2896 (JBW) (LB), 2011 WL 534358, at *1 (E.D.N.Y. Jan. 6, 2011).

To date, plaintiff has not submitted an amended complaint. Accordingly, the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of any appeal. The Clerk of Court is directed to issue judgment and close this case.

The Clerk of Court is also directed to send a copy of this Order to Mr. Valentino Mosquera, at the last address that he provided to the Court at the Nassau County Correctional Center. The Clerk is also directed to remove Mr. Mosquera's DIN from the docket and revert his mailing address back to his address at the Nassau County Correction Center.

SO ORDERED.

Dated: Brooklyn, New York
      April 20, 2020

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge